June 13, 1939. } No. 3113a.

OPINION OF THE JUSTICES.

*To the Honorable Senate:*

As members of the Supreme Court we have received your resolution of May 2 calling for our opinion whether the provisions of Senate Bill No. 62 offend the State Constitution.

As the resolution states that the opinion is sought "for the use of the 1941 session of the General Court," it is our duty to decline to express our opinion. As is said in *Opinion of the Justices,* 84 N. H. 584, 585, "The question must be pending and awaiting action in the body propounding the inquiry." The position there taken was supported by cited precedents and has been subsequently observed in *Opinion of the Justices,* 86 N. H. 607.

> JOHN E. ALLEN.
> THOMAS L. MARBLE.
> OLIVER W. BRANCH.
> PETER WOODBURY.
> ELWIN L. PAGE.

June 8, 1939.